COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

 

                                        NO.
2-07-111-CV

CAROLYN
HODGES                                                             APPELLANT

 

                                                   V.

 

LINCOLN
TERRACE APARTMENTS                                            APPELLEE

 

                                               ----------

         FROM COUNTY COURT AT LAW
NO. 1 OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

On August 8, 2007, we notified appellant that her brief had not been
filed as required by Texas Rule of Appellate Procedure 38.6(a).  TEX. R. APP. P.
38.6(a).  We stated we would dismiss the
appeal for want of prosecution unless appellant or any party desiring to
continue this appeal filed with the court within ten days a response showing
grounds for continuing the appeal.  We
have not received any response.








Because appellant=s brief has not been filed, we dismiss the appeal for want of
prosecution.  See TEX. R. APP. P. 38.8(a), 42.3(b).

 

PER CURIAM               

 

 

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DELIVERED:  August 31, 2007

 











[1]See Tex. R. App. P. 47.4.